APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Kolawole Smith
(Please print)

STREET ADDRESS: 433 W Harrison P o Box 5290

CITY/STATE/ZIP: Chi IL 60680-5290

PHONE NUMBER: 312-929-7483

CASE NUMBER: 08CV3449
JUDGE MAROVICH
MAG. JUDGE BROWN

Signature: Kolawole Smith

Date: 6/16/08

FILED
Jun 16, 2008
JUN 1 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT