Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHK

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3449 | DATE | 6/26/2008 |
| CASE TITLE | Smith v. Hilton, et al. | | |

**DOCKET ENTRY TEXT:**

The Court grants plaintiff Kolawole Smith's petition to proceed *in forma pauperis* [4]. The Court directs the clerk's office to issue summonses and to effectuate service on defendants Hilton Hotel O'Hare, Chicago Police Department, Ray Avery, Christian Smith, Erald Nicolla, Aristo Aguilar, Darrin Vestosky, Javier Casterjon, Leonard Rago and Joven Bergantinos.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

Petitioner Kolawole Smith ("Smith") seeks leave to proceed *in forma pauperis*. Smith names as defendants Hilton Hotel O'Hare, the Chicago Police Department, Ray Avery, Christian Smith, Erald Nikolla, Aristo Aguilar, Darrin Vestosky, Javier Castrejon, Leonard Rago and Joven Bergantinos. Smith alleges that he was discriminated against on the basis of his race in violation of 42 U.S.C. §§ 1981, 1983 and 1985.

Under 28 U.S.C. § 1915, when determining whether petitioners may proceed *in forma pauperis*, the Court engages in a two-step analysis. First, the Court examines whether the petitioner has sufficiently demonstrated that he is impoverished within the meaning of the statute. *Nietzke v. Williams*, 490 U.S. 319, 324 (1989). Second, the Court determines whether the complaint is frivolous. *Denton v. Hernandez*, 540 U.S. 25, 31 (1992); *Nietzke*, 490 U.S. at 324. In this case, the plaintiff has demonstrated that he is impoverished within the meaning of the statute. Although a "litigant need not be totally destitute to qualify for indigent status under 28 U.S.C. § 1915(a)," the Court finds that Smith has sufficiently demonstrated that he cannot afford the costs of pursuing this suit. *Zaun v. Dobbin*, 628 F.2d 990, 992 (7th Cir. 1980) (citing *Adkins v. E.I. DuPont DeNemours & Co.*, 335 U.S. 331, 339 (1948)). Smith's affidavit states that he has not been employed since December 2006. Smith states in his affidavit that he has no income and no assets. Accordingly, Smith is impoverished within the meaning of the statute. Furthermore, the Court has reviewed his complaint and found it not to be frivolous.

Accordingly, the Court grants Smith's petition to proceed *in forma pauperis*. The Court directs the clerk's office to issue summonses and to effectuate service on defendants Hilton Hotel O'Hare, Chicago Police Department, Ray Avery, Christian Smith, Erald Nicolla, Aristo Aguilar, Darrin Vestosky, Javier Casterjon, Leonard Rago and Joven Bergantinos.

2008 JUN 26 PM 2:52

FILED-ED