

RECEIVED
JUN 1 6 2008
Jun 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District Of Illinois
Eastern Division

Kolawole Smith,

    Plaintiff,

vs

    Defendants

08CV3449
JUDGE MAROVICH
MAG.JUDGE BROWN

Jury Trial Demanded

Delaware Corporation (Hilton Hotel O'Hare)
Chicago Police Department, Ray Avery ,Christian Smith,
Erald Nikolla ,Aristo Aguilar ,Darrin Vestosky,Javier Castrejon
Leonard Rago,Joven Bergantinos

**FILED**
**JUNE 26, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### Complaint

I Kolawole Smith had my US Constitutional 14 amendement rights violated 42 U .S. C 1985 (3) .They The Hilton Hotel And C.P.D violated my Equal Civil RIGHTS under the 42 U.S.C 1981.And they also violated my civil rights under The Civil Rights Act of 1964Sec 201(B) (1) +Sec 203 A,B AND C.
And they did all this to me maliciously to me.Because I am a blackman because my key witness is Jewish person who was there a saw it all. .Who will testify at our trial saw everything they did to me.
.And the C.P.D and Hilton had a conspiracy to interfere with my civil rights.One of the C.P.D officer on Feb 21 .2007 TOLD ME TO MY FACE HE HATED ME .AND CALLED ME MANY NIGGERS.Then outside the Hilton Hotel he said he wanted to mask me .And throw me in the paddy wagon all because I AM BLACK.

### Cause Of Action

I WENT TO THE BUSINESS CENTER WITH IS OWNED BY THE HILTON AT OHARE .AND THEY VIOLATED MY CIVIL RIGHTS UNDER 42 U.S.C 1985 (3) 42 U.S.C 1983 MY 14 US CON RIGHT WAS VIOLATED+
42 U. S. C 1981(A+C).BECAUSE I HAD TO LEAVE TWO TIMES FOR NOTHING BUT THE THIRD TIME .WHEN I REFUSED TO LEAVE ON FEB 21 2007.THAT WHEN I WAS LOCKED UP AND CALLED . THE WORD NIGGER MANY TIMES BY THE CPD OFFICER.MY WITNESS WHO WS THERE ALSO BUT IS JEWISH NEVER GOT BOTHER. THAT WHY HE SAID HE WOULD TESTIFY AT TRIAL FOR ME .BECAUSE HE WITNESS HOW HILTON AND CPD TRATED ME FOR NO REASON .THATS WHY HE COMING TO OUR TRIAL TO TESTIFY.AND THEY ADMIT HE WAS THERE IN THEIR MANY TIMES BY THEM IT WAS A CONSPIRACY TO VIOLATE MY RIGHTS BECAUSE THEY LOCKED ME UP. BUT I BEAT THE FALSE CHAGRES THEY KNOW ITS OPEN TO THE PUBLIC BUT NOT TO BLACKS.MY WITNESS WHO IS JEWISH SAW IT ALL TWO TIMES .AND WILL COME TO COURT AND TESIFY ON MY BEHALF.BECAUSE HE WAS THERE AND THEY ADMIT IT IN THEIR SO CALLED VERIFIED RESPONSE AND THEIR POSTION STATEMENT THAT MY KEY WITNESS WAS THERE.AND THAT I GOT LOCKED UP BUT HE KEPT USING THE BUSINESS CENTER WHICH IS ALSO OPEN TO GENERAL PUBLIC .THEY ALSO ADMIT IT IS OPEN TO GENERAL PUBLIC IN THEIR SO CALLED VERIFIED RESPONSE AND POSTION STATEMENT.COPS KNEW I WAS NOT TRESPASSING BECAUSE HILTON SECURITY .TOLD THEM WHEN I TOLD THEM ITS

*Kolawole Smith*
6/14/08

OPEN TO THE PUBLIC.HE TOLD THE POLICE TO HIS FACE ON FEB 21.2007.AND MY WITNESS WAS RIGHT THERE ALSO .AND WHEN I FILED WITH THE CITY OF CHICAGO COMMISSION ON HUMAN RELATIONS .IN THEIR SO CALLED VERIFIED RESPONSE AND POSITION STATEMENT WITH IS 99%LIES.THEY ADMIT THAT I QUOTE THEM ITS OPEN TO THE GENERALPUBLIC.SO WHY DID I GET LOCKED UP 3 TIMES .AND CALLED NIGGER AND TOLD .BY THE POLICE ON FEB 21 2007 THAT HE HATE ME NIGGER.MASE ME AND THROUGH ME IN THE BACK OF PADDY WAGON .AND THEN ON THEIR SO CALLED VERIFIED RESPONSE # 5 THEY ADMIT THEY SIGNED OFF ON TRESPASSING CHARGES.AND FOR THE THREE TIMES I WAS ARRESTED .THEY ONLY CAME TO COURT 1 TIME.AND THE WRONG PERSON CAME TO COURT THAT TIME.AND I GOT EVIDENCE HE COMMITED PERJURY AND FORGERY .I CANT WAIT TO THE COURTS SEE THIS .AND THEM AND THE CPD GET EXPOSED .THANK GOD AND I HAVE THE FALSE ARREST ON MAR 4 2007 TAPED .WITH THE CPD CONFESSING THAT HE WOULD GIVE ME TRUMPED UP CHARGES.IT SO MUCH STUFF I CANT SAY IT ALL ALL I CAN STAY .THAT THEY WILL BE BROUGHT TO JUSTICE AT TRIAL AND PUT TO SHAME.GLORY TO KING OF KING JESUS CHRIST.IM READY FOR A SPEEDY TRIAL.
I ALSO HAVE A VIDEO TAPE OF MAR 4 2007 FALSE ARREST .WITH C.P.D CONFESSING THAT HE WOULD GIVE ME TRUMPED UP CHARGES ITS ONE OF MY EXHIBITS FOR THIS CASE.WITH MUCH MORE EVIDENCE THEY WILL PUT THEM TO SHAME .AND ALSO MY JEWISH WITNESS.THAT THEY ADMIT TO BEING THERE ON TWO TIMES.AND I HAD TO LEAVE AND HE DID NOT I HAVE HIS AFFIDAVIT ALSO AS A EXHIBIT.

## PRAYER FOR RELIEF UNDER THE LAW

I STAND  ON ALSO UNDER LAW 42 USC 1983 +42 USC 1981BECAUSE THEY COMMITED 42 U S C  1985 (3) AGAINST ME .AI ALSO STAND ON MY  1  US CONSTITUTION RIGHT .AND PETITION THE GOVERNMENT FOR A REDRESS FOR ALL MY GRIEVANCES FOR ALL THE PAIN STE THEY HILTON AND CPD CAUSE BECAUSE IM BLACK.
 I AM DEMANDING 5,000,000 IN DAMAMGES FOR THEM VIOLATED MY CIVIL RIGHTS. BECAUSE I AM A BLACKMAN AND LETTING MY KEY WITNESS STAY.WHEN ITS OPEN TP MTHE PUBLIC AND THEY ADMIT IT.IN THEIR VERIFIED RESPONSE AND POSITION STATEMENT.BUT SINCE IM BLACK THEY WANT TO LOCK ME UP.THE POLICE KNEW IT WAS OPEN TO PUBLIC ALSO.AND ON THE TAPE OF MAR 4 2007 FALSE ARREST.C.PD. IS CAUGHT ON TAPE SAYING HE GONE GIVE ME TRUMPED UP CHARGES.HE ADMITS IT AND I HAVE THE VIDEO TAPE .SO WHEN THE JURY AND JUDGE SEE WHAT REALLY GOING ON AT TRIAL.THEY WILL BE PUT TO SHAME FOR BEING RACIST AND TRYING TO FRAME ME.LIKE I WAS A RACIST AND TROUBLE MAKER.SO FOR THEM DOING THIS TO ME BECAUSE IM BLACK .I ALSO DEMAND 10,000,000 IN PUNITIVE DAMAGES TO TEACH THEM A GOOD LESSON.DONT BE RACIST AND MESS WITH BLACK PEOPLE FOR NO REASON.AND DONT MESS WITH WHITE PEOPLE.AND FOR YOU BEING RACIST .THATS WHY MY KEY WITNESS IS JEWISH .THE ONE THAT YOU ADMIT TO BEING THERE.YES HE GONE TESTIFY AGAINST YOU AT OUR TRIAL.THE ONE WHO WAS THERE TO SEE IT ALL .AND YOU DID NOT SAY NOTHING TO HIM .YOU SEE KING JESUS SEE IT ALL. AND I HAVE HIS AFFIDAVIT AS A EXHIBIT ALONE WITH ALL THE DEFAMATION AND LIES .YOU SAID ABOUT ME YOU WILL BE PUT TO SHAME AT OUR TRIAL .FOR THE EVIL YOU DID TO ME FOR NNO REASON .AND THAT COP WHO TOLD ME HE HATE NIGGERS .DONT BE SCARED TO TELL THE JUDGE AND JURY WHAT YOU TOLD ME .FEB 21 2007 WHEN I REFUSE TO LEAVE .BECAUSE IT OPEN TO THE PUBLIC LIKE THE HILTON ADMITS ON PAPER IN THEIR .POSITION STATEMENT AND SO CALLED VERIFIED RESPONSE .SO FOR ALL DAMAGES THEYDID TO ME DEFAMATION SLANDER LIBEL.LOCKED UP FOR NO REASON AND THEN THEY NEVER CAME TO COURT .WHY BECAUSE THEY KNEW THEY ARE WRONG .SO NOW IT MY TIME TO SHOW THE COURTS WHO IS LYING AND ITS YOU .AND I GOT TANGIBLE EVIDENCE AGAINST YOU WAITING FOR TRIAL.