# US DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of : | Case Number: |
|---|---|
| *Smith, et al.* | 08 CV 3449 |
| **v.** | Judge George M. Marovich |
| *Delaware Corporation (Hilton Hotel O'Hare), et al.* | Magistrate Judge Geraldine Soat Brown |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Aristo Arguilar

| | |
|---|---|
| NAME (Type or Print)<br>Robert J. Comfort | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Robert J. Comfort | |
| FIRM<br>Johnson & Bell, Ltd. | |
| STREET ADDRESS<br>33 W. Monroe St., Suite 2700 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6192899 | TELEPHONE NUMBER<br>(312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |