UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *Kolawole Smith,.* | ) | 08 CV 3449 |
| | ) | |
| *v.* | ) | *Judge George M. Marovich* |
| | ) | |
| *Delaware Corporation* | ) | *Magistrate Judge Geraldine Soat Brown* |
| *(Hilton Hotel O'Hare), et al.* | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, Aristo Aguilar, by his attorneys, Robert J. Comfort and Eydie R. Glassman of the Law Firm of Johnson & Bell, Ltd., hereby moves this Honorable Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time to answer or otherwise plead, and in support thereof, states as follows:

1. Plaintiff filed his original Complaint herein on or about July 8, 2008.

2. On July 14, 2008, Summons was served upon Defendant Aristo Aguilar, the Director of Safety and Service of the Hilton Hotels Corporation.

3. On or about July 17, 2008 the Hilton Hotels Corporation (incorrectly sued as Delaware Corporation (Hilton Hotel O'Hare)) ("Hilton"), through its employee Darrin Vestosky, learned of the lawsuit and referred the matter to its outside counsel, Robert J. Comfort of the law firm Johnson & Bell.  Mr. Vestosky informed Robert J. Comfort that he believed the Complaint had been served sometime that same day.

4. A copy of a Summons, which was forwarded to Johnson & Bell's offices, which was signed by the Clerk's Office, indicated that an answer was due within 30 days of the date of service (See Exhibit "A", attached hereto) and consequently, a responsive pleading due date was calendared by Johnson & Bell staff for August 18, 2008.

5. On August 13, 2008, seeing the deadline approaching on the calendar, the undersigned attempted to confer with Johnson & Bell's client contact for Hilton in order to confirm the employment status of all Hilton Defendants and to obtain Hilton's permission to appear and prepare a responsive pleading the Hilton Defendants' behalf. The undersigned learned that day that the client contact at the Hilton had been transferred to another hotel.

6. While a new client contact has since been assigned, Hilton requires additional time to investigate Plaintiff's claims.

7. Further, upon review of the Court's docket, the undersigned learned that other than Aristo Aguilar, none of the individual Hilton employees have been properly served in this case. The undersigned additionally learned that at least one of the Hilton defendants is no longer employed by Hilton. (See Exhibit "B", copies of Summons purportedly served upon the Hilton and certain individual Hilton defendants, while all were actually served only upon Aristo Aguilar).

8. Plaintiff never sent a waiver of service request to any of the Hilton defendants. Had Plaintiff sent a waiver of service to the Hilton defendants, Rule 4(d)(3) of the Federal Rules of Civil Procedure would have given them 60 days after the date on which the waiver of service was sent, or until September 15, 2008, to answer or otherwise plead.

9. As defendant Aguilar was the only defendant properly served in this matter, Defendant Aguilar respectfully requests an enlargement of time to and including September 15, 2008, the time allowed by Rule 4(d)(3), to file his responsive pleading, and in order for the Hilton to further investigate the viability of plaintiff's cause of action.

10. Outside Counsel for the Hilton defendants anticipates, upon receipt of their approval, waiving service for at least those other Hilton defendants that are still employed by

Hilton, and further anticipates filing a joint responsive pleading on behalf of all Hilton defendants herein.

11.     The undersigned attempted to contact Plaintiff on August 13, 2008, to obtain Plaintiff's agreement to this motion, but Plaintiff's phone number, listed on the Summons filed with Plaintiff's Complaint, is not presently operational.

12.     Defendant Augilar bring this motion in good faith and not solely for the purposes of delay.

Based on the foregoing, Defendant, Aristo Aguilar, respectfully prays for an enlargement of time to and including September 15, 2008, to answer or otherwise plead.

                        Aristo Aguilar

                        By:     s/Eydie R. Glassman
                              One of Its Attorneys

Robert J. Comfort
Eydie R. Glassman
Johnson & Bell, Ltd.
33 W. Monroe Street, #2700
Chicago, Illinois  60603
312/372-0770

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff

Kolawole Smith

v.

Delaware Corp, et al

SUMMONS IN A CIVIL CASE

CASE: 08CV3449
ASSIGNED JUDGE: JUDGE MAROVICH
DESIGNATED MAG. JUDGE BROWN

RECEIVED
U.S. MARSHAL
2008 JUL -8 PM 2:50
NORTHERN DIST. OF IL.
ADMINISTRATIVE SECTION

TO: (Name and address of Defendant)

Erald Nikolla   O'Hare Int Airport   773-686-8000
Po Box 66414
Chi IL 60666

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kolawole Smith
Po Box 5290    312-929-7483
Chi IL 60680

an answer to the complaint which is herewith served upon you within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Exhibit "A"

MICHAEL W. DOBBINS, CLERK

Thelma Murry-Sykes

(By) DEPUTY CLERK

JUN 27 2008

DATE

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | //  |
|---|---|---|

| PLAINTIFF<br>Kolawole Smith | COURT CASE NUMBER<br>08C3449 |
|---|---|
| DEFENDANT<br>Hilton, et al. | TYPE OF PROCESS<br>S/C |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Delaware Corporation (Hilton Hotel O'Hare) |
|---|---|
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>10000 W O'Hare Chi, IL 60666 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kolawole Smith
433 West Harrison
P.O. Box 5290
Chicago, IL 60680

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

FILED

JUL 21 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>07-01-08 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1/10 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk<br>TD | Date<br>07-01-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):
Arisio Aguilar Director of Safety + Security

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | |
|---|---|---|
| 07/14/08 | 11:15 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee<br>96.00 | Total Mileage Charges<br>(including endeavors)<br>16.49 | Forwarding Fee<br>0 | Total Charges<br>112.49 | Advance Deposits<br>0 | Amount owed to U.S. Marshal or<br>112.49 | Amount of Refund<br>0 |
|---|---|---|---|---|---|---|

REMARKS:
1-OUSM   34-miles
2-Hours

Exhibit "B"



**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kolawole Smith | 08C3449  08 c 3449 |
| DEFENDANT | TYPE OF PROCESS |
| Hilton, et al. | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ray Avery, O'Hare Intl. Airport

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 10000 W OHARE Chi IL 60666

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kolawole Smith
P.O. Box 5290
Chicago, IL 60680

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**F I L E D**

**JUL 21 2008** YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE 07-01-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 2/10 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk   TD | Date 07-01-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Aristo Aguilar  Director of Safety & Security

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service  07/14/08   Time  11:15  pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: One service fee charged same case + location. See process Sheet #1 for ~~ser~~ Charges.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. ||
|---|---|---|
| PLAINTIFF<br>Kolawole Smith | COURT CASE NUMBER<br>08C3449 ||
| DEFENDANT<br>Hilton, et al. | TYPE OF PROCESS<br>S/C ||
| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Joven Bergantinos, O'Hare Int. Airport ||
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>10000 W OHARE Chi IL 60666 ||

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| Kolawole Smith<br>P.O. Box 5290<br>Chicago, Il 60680 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 10 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
JUL 2 1 2008  YM
JUL 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>07-01-08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>8/10 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk | Td | Date<br>07-01-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Aristo Aguilar Director of Safety & Security

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 07/14/08   Time: 11:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: One service fee charged same case + location. See process sheet # 1 for charges.

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

C4t

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kolawole Smith | 08C3449   08 c 3449 |
| DEFENDANT | TYPE OF PROCESS |
| Hilton, et al. | S/C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Leonard Rago, O'Hare Int. Airport

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT  10000 W OHARE Chi IL 60666

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kolawole Smith
P.O. Box 5290
Chicago, IL 60680

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**

JUL 21 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | XX PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 07-01-08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 7/10 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk   Td | Date 07-01-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

X Aristo Aguilar Director of Safety + Security

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time |
|---|---|
| 07/14/05 | 11:15 pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: One service fee charged same case + location. See process sheet #1 for charges.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | | |
|---|---|---|---|
| PLAINTIFF<br>Kolawole Smith | | COURT CASE NUMBER<br>08C3449  08c3449 | |
| DEFENDANT<br>Hilton, et al. | | TYPE OF PROCESS<br>S/C | |
| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Javier Castrejon, O'Hare Int. Airport | | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) | | |
| AT | 10000 W OHARE Ch'IL 60666 | | |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kolawole Smith
P.O. Box 5290
Chicago, IL 60680

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
JUL 21 2008  YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>07-01-08 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>6/10 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk  Td | Date<br>07-01-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Aristeo Aguilar Director of Safety & Security

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 07/14/08   Time: 11:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: One Service fee charged same case + location. See process sheet to charges.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | | CH |
|---|---|---|---|
| PLAINTIFF<br>Kolawole Smith | | COURT CASE NUMBER<br>08C3449  08c3449 | |
| DEFENDANT<br>Hilton, et al. | | TYPE OF PROCESS<br>S/C | |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | Aristo Aguilar, O Hare Int. Airport |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 10000 W OHARE chi IL 60666 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kolawole Smith
P.O. Box 5290
Chicago, IL 60680

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
JUL 21 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE 07-01-08

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 4/10 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk | Td | Date 07-01-08 |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 07/14/08   Time 11:15 ☐am ☐pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: One Service fee charged same care+ location, See process sheet #1
1-OUSMA  34-miles   for charges
2-Hours

PRIOR EDITIONS MAY BE USED           1. CLERK OF THE COURT           FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

C.H.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kolawole Smith | 08C3449  08 c 3449 |
| DEFENDANT | TYPE OF PROCESS |
| Hilton, et al. | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Darrin Vestosky, O'Hare Int. Airport

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
10000 W OHARE Chi IL 60666

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kolawole Smith
P.O. Box 5290
Chicago, IL 60680

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
JUL 21 2008  YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE 07-01-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 5/10 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk  Td | Date 07-01-08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 07/14/08 | 11:15 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: One service fee charged same case + location See process sheet #1 for charges.

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)