UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *Kolawole Smith* | ) | |
|     *(Plaintiff)* | ) | 08 CV 3449 |
| *v.* | ) | |
| | ) | *Judge George M. Marovich* |
| *Delaware Corporation* | ) | |
| *(Hilton Hotel O'Hare), et al.* | ) | *Magistrate Judge Geraldine Soat Brown* |
| | ) | |
|     *(Defendants)* | ) | |

NOTICE OF MOTION

TO:    Kolawak Smith
          P.O. Box 5290
          Chicago, IL. 60680

      On Tuesday, August 26, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge George M. Marovich or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1944-C, of the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion for Enlargement, a copy of which is attached and served upon you.

                                        Respectfully submitted,

                                        By:    <u>s/Eydie R. Glassman</u>

Robert J. Comfort
Eydie R. Glassman
Johnson & Bell, Ltd.
33 E. Monroe Street
Suite 2700
Chicago, Illinois  60603
(312) 372-0770