UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *Kolawole Smith* | ) | |
|     *(Plaintiff)* | ) | 08 CV 3449 |
| *v.* | ) | |
| | ) | *Judge George M. Marovich* |
| *Delaware Corporation* | ) | |
| *(Hilton Hotel O'Hare), et al.* | ) | *Magistrate Judge Geraldine Soat Brown* |
| | ) | |
|     *(Defendants)* | ) | |

<u>CERTIFICATE OF SERVICE</u>

    I hereby certified that on the 18th day of August, 2008, I electronically Defendant, Aristo Aguilar's Motion for Enlargement and Notice of Motion regarding same, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: none

    I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  Kolawak Smith, P.O. Box 5290, Chicago, IL. 60680 .

                                                                                                                         s/ Eydie R. Glassman

Robert J. Comfort
Eydie R. Glassman
Johnson & Bell, Ltd.
33 E. Monroe Street
Suite 2700